UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION** | Master File No. 5:18-md-2809-KKC |
| THIS DOCUMENT RELATES TO: | HON. KAREN K. CALDWELL |
| GRADY PARKER | **SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL** |
| VS. | |
| BRISTOL-MYERS SQUIBB COMPANY, ASTRAZENECA PHARMACEUTICALS, LP, AND MCKESSON CORPORATION | Case No.: _____ |

## SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Complaint and Jury Demand filed in the above-referenced case on November 19, 2018. (Dkt. 185.) This Short Form Complaint adopts all of the Master Complaint and Jury Demand's allegations and claims against all Defendants as if copied here *in extenso*.

Upon information and belief, Plaintiff(s) further allege(s) as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, GRADY PARKER, is a resident *and* citizen of Battle Mountain, Nevada and claims damages as set forth below.

2. Plaintiff brings this action:

3. ☒ On behalf of himself;

4. State in which Plaintiff(s) allege(s) injury: Nevada.

5. Defendants:

   ☒ Bristol-Myers Squibb Company

   ☒ AstraZeneca Pharmaceuticals, LP

   ☒ McKesson Corporation

6. Jurisdiction is proper based upon diversity of citizenship.

7. The District Court in which remand for trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is United States District Court, District of Nevada.

## FACTUAL ALLEGATIONS

8. On or about December 1, 2017, Albert Derose, M.D. prescribed Onglyza to treat Plaintiff for type 2 diabetes.

9. During the time of usage of Onglyza, Plaintiff was a resident and citizen of Battle Mountain, Nevada.

10. Neither Plaintiff, nor Dr. Derose knew or had reason to know that Onglyza could cause heart failure or congestive heart failure.

11. As a result of taking Onglyza, on or about February 28, 2018, Plaintiff sustained severe and permanent injuries including, but not limited to, heart failure and/or congestive heart failure, as diagnosed by Shivani Kumra, M.D. at Northern Nevada Medical Center, Sparks, Nevada.

2

## ALLEGATIONS AS TO INJURIES

12. Plaintiff claims damages as a result of:

    ☒ Injury to self

    ☐ Injury to the person represented

    ☐ Wrongful death

    ☐ Survivorship action

    ☐ Economic loss

    ☐ Loss of consortium

13. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

14. The following claims and allegations are asserted by Plaintiff(s) in the Master Complaint (Dkt. 185) and are herein adopted by reference:

    ☒ Count I – Strict Liability/Design Defect

    ☒ Count II – Negligence

    ☒ Count III – Strict Liability/Failure to Warn

    ☒ Count IV – Breach of Warranty of Merchantability

    ☒ Count V – Breach of Express Warranty

    ☒ Count VI – Breach of Implied Warranty

    ☒ Count VII – Violation of Consumer Protection Laws and/or

    ☒ Deceptive Trade Practices under the Law of the State of Nevada.

3

☐ Count VIII – Loss of Consortium

☐ Count IX – Survival Action

☐ Count X – Wrongful Death

☐ Count XI – Punitive Damages

☐ Count XII – Other _____

☐ Count XIII – Other _____

If Count XII or Count XIII is alleged, additional facts supporting the claim(s):
_____

**PRAYER FOR RELIEF**

Plaintiff has been damaged as a result of Defendants' actions or inactions and demands judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Complaint and Jury Demand. (Dkt. 185.) Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all claims in Complaint so triable.

Dated: May 20, 2019.                                  Respectfully submitted,



By: */s/ Erin K. Copeland*

Erin K. Copeland
Federal ID#29219
TX State Bar # 24028157
1150 Bissonnet Street
Houston, TX 77005
Phone: (713) 751-0025
Fax: (713) 751-0030
Email: ecopeland@fibichlaw.com

**Attorneys for Plaintiff**